# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
## in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Charles C Levy Jr

_____

_____

(Enter above full name of plaintiff or plaintiffs)

FILED
John E. Triplett, Clerk of Court
United States District Court

By jamesBurrell at 10:36 am, Jul 05, 2024

4:24cv-138

v.

Vaneal McKinny
Alyssa Price
Zackary Weber
Lucious Young, Romin Brown

(Enter above full name of defendant or defendants)

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?    Yes ____  No ✓

    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs: _____

            Defendants: _____

        2. Court (if federal court, name the district; if state court, name the county):

_____

        3. Docket number: _____

        4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?    Yes _____  No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes _____  No _____

   If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiffs: __Charles C Levy Jr__

      Defendants: __A. Hagood Community Supervision Officer__

   2. Court (name the district):

      __Savannah Division__

   3. Docket number: __CV424-096__

   4. Name of judge assigned to case: _____

   5. Disposition
      (for example, was the case dismissed? appealed? is it still pending?):

      __Pending?__

   6. Approximate date of filing lawsuit: __05/23/2024__

2

      7.    Approximate date of disposition: __Pending__

      8.    Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?    Yes _✓_ No ____

C.    As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ____ No _✓_

      1.    If your answer to C is yes, name the court and docket number for each case:

II.    Place of present confinement: __Chatham County Detention Center__

    A.    Is there a prisoner grievance procedure in this institution? Yes _✓_ No ____

    B.    Did you present the facts relating to your complaint to the appropriate grievance committee?    Yes ____ No _✓_

    C.    If your answer to B is yes:

        1.    What steps did you take? ____

        2.    What was the result? ____

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?    Yes ___ No ___

If yes, what was the result? _____

D. If you did not utilize the prison grievance procedure, explain why not: **Not grievable. Parties not workers of this jail.**

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: **Charles Chew Jr 20230708794**
   Address: **1074 Carl Griffin Dr**
   **Savannah, GA 31405**

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: **Vaneal McKinny**
   Position:
   Place of employment: **Unemployed**
   Current address: **Savannah, GA 31401 (Homeless)**

C. Additional defendants:
   **Alyssa Price 8644 W Stanton Rd Stanton, MI 48888**
   **Zackary Weber 7272 15 mile Rd NE Cedar Springs, MI 49319**
   **Lucious Young 1074 Carl Griffin Dr Savannah, GA 31405**
   **Romine Brown (Homeless) Savannah GA 31401**

4

IV.   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 03/01/2023 Vaneal McKinny stole a Trek marlin bike originally valued at $1,400.00 from me. I saw him ride off on it. At that time I only knew him by his ailias "Jacksson". I made a Larceny report Savannah PD CRN #230301031. Three months later, two friends of his stole a bike trailer from me. During my attempt to recover the stolen trailer Alyssa Price sprayed me with pepperspray and Zackary stabbed me with a pair of scissors. My left ear was stabbed through. A police report was made Savannah PD CRN #~~2308~~ 230612034. They were arrested. While in jail, unknown to me at this time, Zackary Weber contacted Alyssa Price and Vaneal McKinny using JailATM.com messaging and visitations and Paytel phone calls. He also used not only his account but Lucious Young's account to do this. Between 06/12/2023 and 07/24/2023 I was forced to call police for Vaneal McKinny making threats of harm and or Death to me while armed on three occasions. On all three he ran off. 911 calls can be Subpeonaed as proof. Text transcripts can be Subpeonaed as can phone and video visit recordings. (between 06/12/23 - 07/24/23

5

(See Addendum)

# Claim Addendum 1 of 2

After the third attempt Vaneal Mckimy came back once more. Armed with a gun in his waistband and a knife in his hand. I was forced to defend myself on that day 07/24/2023. I was arrested for doing so. Chatham County PD CCRN#230724030. Chatham Police did not know of our history. They were and still are unaware of the events of conspiracy committed over the internet and phone lines from jail to Alyssa Price and ultimately Vaneal Mckinny and Romine Brown. (In the police report #2306/2034 Ruffus said a black male threw a rod into the pond AKA Romine Brown) Romine Brown on 06/12/23 spoke with Zackary Weber. Together they came up with the "I had a 12 guage lie". Police didn't buy it. Romine fled before police arrived. (Zackary and Alyssa's story don't match and reflect this lie.) CPL John Rosado knew me to own the trailer in question from a prior field interview 8 days prior. Not having any witnesses of my own, Romine retrieved his gun from Vaneal and then once again came up with a lie. ~~SPCR23-0287~~ SPCR23-02859-J5 is the crime I am currently charged with. Many facts are being overlooked and not explored. Romine (the star witness) claims I had a machette. No machette was found or used. Police later claimed no gun was present. Though it's in thier own report. In there own words. No one will take the time to properly investigate this crime or the other crimes that coinside with it. They are all connected by Conspiracy by it is definition. Parties to a crime.

# Claim Addendum 2 of 2

Phone lines were used. (recorded lines) Messages were used. (transcripted) Video visits were used. (recorded) All parties worked together to acheive a common goal. Vaneal McKinny and Lucious Young both knew my ex girlfriend Ashley Washburn.

Early 2023 I had a mental health evaluation. I was ok then. Robberies, stabbing, spraying, jail have hindered that.

Also while in jail. I was moved or separated from Lucious Young. After this separation I was attacked by Lucious when he was again moved into an open dorm with me. CCDC. Unit 5. 5-C-1 was the pod. I was moved he went to the hole.

Basically I'm saying that on 06/24/2023 They had planned to kill me.

Lucious Young in now back in jail for murder.

Also on the day of my arrest Vaneal did steal my entire campsite of belongings $3,500.00 - $5,000.00 Tent, portable, camp stove, pots, pans, awning, Large L-shape tent, Various bikes, and my trailers. I had two.

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'd like to see my current case moved to federal court SPCR23-02859-J5 if possible. I'd like formal charges on Vaneal McKinny and the others involved in the conspiracy and or witness tampering. I'd like money damages for my jail time caused by thier conspiracy. I'd like all fees paid by respondants and any court costs. Fees should include any legal fees. I'd like money damages for the stabwound there is a small scar. I'd like anguish of my mental state paid also. I'd like my bike replaced. I'd like all my belongings stolen by Vaneal on the day of my arrest from my campsite replaced. I'd like this to be investigated by another outside the local police. FBI or GBI for criminal charges to be placed on respondants

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of June, 2024

Prisoner No. _____

(Signature of Plaintiff)

1074 Carl G[redacted]
— Chatham County Jail
Inmate DIN ID# 2023070879
Inmate full name Charles Levy

[redacted]
Savannah GA 31405

United States District Courts
PO Box 8286
Savannah GA 31412

JACKSONVILLE FL 320
1 JUL 2024 PM 3 L

FOREVER / USA

U.S. Marshals Service/SGA
JUL 03 2024
INSPECTED BY

31412-828686